PHILIP BERKOWITZ, Appellant, *v.* LEWIS A. WILSON, as Commissioner of Education of the State of New York, et al., Respondents.

Submitted October 7, 1954; decided October 21, 1954.

*Gerald H. Chambers* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Samuel A. Hirshowitz* and *Wendell P. Brown* of counsel), for respondents.

*Mathias F. Correa* and *Alice B. Gilbert* for New York State Society of Certified Public Accountants, *amicus curiæ,* in support of respondents' position.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ. Taking no part: FULD, J.